IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 03 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Maria Victoria Barlow

Plaintiff *pro se*,

v.

Deloitte Consulting LLP, GA;

Deloitte Consulting LLP, NY; Deloitte LLP, NY;

& Deloitte Consulting LP, NY

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:23-CV-0932SDG

(to be assigned by Clerk)

## *AMENDED PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Plaintiff amends Complaint to correct Defendant Deloitte L.P. NY to the correct name of Deloitte Consulting LP, NY.

See Parties page 3 of Complaint (last defendant listed)



_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq.. for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq.. for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) ______________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 13 31 and 1343.

## Parties

3. Plaintiff.  Print your full name and mailing address below:

   Name     Maria Victoria Barlow

   Address  1029 Oak Street SW, Atlanta GA 30310

4. Defendant(s).  Print below the name and address of each defendant listed on page 1 of this form:

   Name     Deloitte Consulting LLP, GA

   Address  2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA 30092

   Name     Deloitte Consulting LLP, NY

   Address  80 STATE ST., ALBANY, NY, UNITED STATES, 12207 - 2543

   Name     Deloitte LLP, NY

   Address  80 STATE ST., ALBANY, NY, UNITED STATES, 12207 - 2543

   Name     Deloitte Consulting LP, NY

   Address  80 STATE ST., ALBANY, NY, UNITED STATES, 12207 - 2543

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   Discrimination took place at defendants' address, virtual work environments, and in the Atlanta area at various client sites